# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALSTROM POWER, INC.,**
        **Plaintiff,**

    **v.**                                  Case No. 14-C-0699

**ADVANCE BOILER & TANK COMPANY, LLC,**
        **Defendant.**

## ORDER

The plaintiff filed a lawsuit in this court and asserts that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. The magistrate judge to whom this action was initially assigned identified an error in the plaintiff's jurisdictional allegations—namely, that the plaintiff had not identified the citizenship of each of the defendant LLC's members. The plaintiff attempted to correct this defect by filing an amended complaint that identifies the names and residences of each of the individual members of the defendant LLC. However, the amended complaint's allegations fall short of alleging the citizenship of each of the individual members of the LLC. The citizenship of an individual is determined by his or her domicile, which may or may not be the same as his or her residence. An allegation of "residence" is therefore deficient. See, e.g., Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012).

For these reasons, **IT IS ORDERED** that, within ten days of the date of this order, the plaintiff shall amend its jurisdictional allegations, see 28 U.S.C. § 1653, to include information about the domicile of each of the defendant's members.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2014.

                                                                                s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge